WALKER STEVENS CANNOM
HANNAH L. CANNOM (SBN 245635)
hcannom@wscllp.com
500 Molino St. #118
Los Angeles, CA 90013
Tel. 213-337-9972
Fax: 213-403-4906

*Attorneys for Plaintiff Dianna Edwards and Wisdom Transcends, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIANNA EDWARDS AND WISDOM TRANSCENDS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LEE HARRIS and LEE HARRIS ENERGY, LLC, <br><br> Defendants. | Case No. 2:24-cv-01655-FLA-MAA <br> Hon. Fernando L. Aenlle-Rocha <br><br> Hon. Rozella A. Oliver <br><br> **JOINT STIPULATION FOR DISMISSAL** |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Dianna Edwards and Wisdom Transcends Inc. and Defendants Lee Harris and Lee Harris Energy LLC stipulate and jointly request that this Court enter a dismissal *with prejudice* of Plaintiffs' Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

DATED: October 28, 2024         **WALKER STEVENS CANNOM LLP**

By:     */s/ Hannah L. Cannom*
     **HANNAH L. CANNOM**
     *Attorneys for Plaintiff Dianna Edwards and Wisdom Transcends, Inc.*

DATED: October 28, 2024         **THOMPSON COBURN LLP**

By:     */s/ Daniel H. Wu*
     **DANIEL H. WU**
     **AYA Z. ELALAMI**
     Attorneys for Defendants LEE HARRIS and LEE HARRIS ENERGY, LLC